Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX VAZQUEZ VILLANUEVA,<br><br>Defendant. | No. 2:08-cr-00158-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant Felix Vazquez Villanueva's Motion for Expungement (Dkt. 65). Having reviewed Defendant's Motion, the Government's response, the files and pleadings herein, and being fully advised, the Court finds that Defendant does not qualify for an expungement order and therefore IT IS ORDERED that Defendant's Motion for Expungement (Dkt. 65) is **DENIED**.

DATED this 17th day of November, 2023.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER - 1