Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00158-RAJ |
| Plaintiff, | |
| v. | ORDER |
| FELIX VAZQUEZ VILLANUEVA, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Felix Vazquez Villanueva's Renewed Motion for Expungement (Dkt. 71).  Having reviewed Defendant's Motion, the files and pleadings herein, and being fully advised, the Court finds that Defendant does not qualify for an expungement order and therefore IT IS ORDERED that Defendant's Renewed Motion for Expungement (Dkt. 71) is **DENIED**.

DATED this 28th day of December, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1